UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN KEITH HEBERT** | **CASE NO. 6:21-CV-04468** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CIA COMMAND TO AFGHANISTAN, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including Plaintiff's most recent filing [*see* ECF No. 8], this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, consistent with the report and recommendation,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint filed in this lawsuit is dismissed without prejudice for failure to state a plausible, nonfrivolous claim upon which relief can be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this matter is REFERRED to the Magistrate Judge to hold a show cause hearing to address whether Plaintiff, John Keith Hebert, should be placed on the list of sanctioned/barred litigants for this district, so that he can be barred from filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge.

The Clerk of Court is INSTRUCTED to provide a copy of this Judgment to the Chambers of Magistrate Judge Hanna.

THUS DONE in Chambers on this 1st day of February, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE