UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN KEITH HEBERT | CIVIL ACTION NO. 6:21-cv-04468 |
| VERSUS | JUDGE SUMMERHAYS |
| CIA COMMAND TO AFGHANISTAN, ET AL. | MAGISTRATE JUDGE HANNA |

## **REPORT AND RECOMMENDATION**

John Keith Hebert filed four lawsuits, bearing Civil Action Nos. 6:19-cv-00410, 6:21-cv-00545, 6:21-cv-03160, and 6:21-cv-04468, all of which recounted the same factual scenario but failed to state a plausible claim upon which relief could be granted by the court. In dismissing the most recent lawsuit, the district judge ordered this Court to hold a show cause hearing to address whether Mr. Hebert should be placed on the list of sanctioned/barred litigants for this district and precluded from filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the Chief Judge. (Rec. Doc. 9).

This Court ordered Mr. Hebert to appear in court on March 10, 2022, and show cause why he should not be placed on the list of sanctioned/barred litigants for this district and barred from filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the chief judge. (Rec. Doc. 10). A copy of that order, along with

this Court's underlying report and recommendation (Rec. Doc. 6) and the district court's judgment (Rec. Doc. 9) were sent to Mr. Hebert by certified mail, return receipt requested, at his last known address. (Rec. Doc. 11). On February 8, 2022, Bryant Hebert accepted delivery of the certified mail. (Rec. Doc. 12). On February 18, 2022, Mr. Hebert filed a memorandum into the record, which was enclosed in an envelope with a return address matching the address to which the certified mail had previously been sent. (Rec. Doc. 13-1, 13-2, 13-3). Mr. Hebert did not appear in court on March 10, 2022.

    This Court finds that measures should be taken to protect the resources of the judiciary and the public without unduly burdening Mr. Hebert's ability to access the courts if he has a good faith complaint.

    Accordingly,

    IT IS ORDERED that the Clerk of Court shall send a copy of this report and recommendation to Mr. Hebert by certified mail, return receipt requested, at 4711 Renie Road, Erath, Louisiana 70533.

    IT IS RECOMMENDED that the Clerk of Court should place Mr. Hebert on the list of sanctioned/barred litigants for this district, and that the Clerk of Court should decline to accept or file any civil complaint submitted, transferred, or removed by Mr. Hebert unless the complaint has first been presented to the chief

judge, and the chief judge has specifically authorized in writing that the complaint may be filed, transferred, or removed.

IT IS FURTHER RECOMMENDED that any motion to proceed *in forma pauperis* that accompanies such a complaint should also be directed to the chief judge for action.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within fourteen days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. See *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

Signed at Lafayette, Louisiana, this 10th day of March 2022.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE