UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN KEITH HEBERT | CIVIL ACTION NO. 6:21-cv-04468 |
| VERSUS | JUDGE SUMMERHAYS |
| CIA COMMAND TO AFGHANISTAN, ET AL. | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, the Clerk of Court shall place Mr. Hebert on the list of sanctioned/barred litigants for this district and shall decline to accept or file any civil complaint submitted, transferred, or removed by Mr. Hebert unless the complaint has first been presented to the chief judge, and the chief judge has specifically authorized in writing that the complaint may be filed, transferred, or removed; additionally, any motion to proceed *in forma pauperis* that accompanies such a complaint shall similarly be directed to the chief judge for action.

Signed at Lafayette, Louisiana, this 4th day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE